1
2
3
4
5
6
7
8           UNITED STATES DISTRICT COURT

9           SOUTHERN DISTRICT OF CALIFORNIA

10   UNITED STATES OF AMERICA,    )    Case No. 00cr3233-JM
                                  )
11                   Plaintiff,   )
                                  )    ORDER OF DISMISSAL OF
12        v.                      )    INDICTMENT AND JUDGMENT AND
                                  )    RECALL ARREST WARRANT
13   DAVID BRAKO                  )
              RUIZ-MARQUEZ(4),    )
14                                )
                     Defendant.   )
15   _____)

16

17        Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

18        IT IS HEREBY ORDERED that the Indictment in the above entitled case be

19   dismissed without prejudice, and the Arrest Warrants be recalled.

20        IT IS SO ORDERED.

21   DATED:  April 18, 2013

22                                    _____
                                      Hon. Jeffrey T. Miller
23                                    United States District Judge

24

25

26

27

28